UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

JOSEPH A. ROBERTS SR.　　　　　　　　　　　CASE NO. 14-01261-CPM
CAROL E. ROBERTS

　　　　Debtor(s).
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 11-1

THIS CASE came on for consideration upon an Objection to Claim No. 11-1 of Cerastes, LLC (Dkt No 39) filed by the Trustee in the above case. The Court has considered the Objection, together with the record, and finds that negative notice was given and no response or a response of no opposition was filed. The Objection is, therefore, deemed to be unopposed. Accordingly, it is

ORDERED, ADJUDGED AND DECREED that Claim No. 11-1, filed by Cerastes, LLC, be and the same is hereby disallowed, objection of the Trustee being sustained.

DONE AND ORDERED at Tampa, Florida on  February 11, 2015  .

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Trustee Shari Streit Jansen is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.