UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

JOSEPH A. ROBERTS SR.  CASE NO. 14-01261-CPM
CAROL E. ROBERTS

Debtor(s).
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that the Order Sustaining Objection to Claim(s) #11-1 of Cerastes, LLC (Dkt. No. 47) was provided on 2/11/15 electronically to the following:

Debtor Attorney: James W. Elliott @ james@mcintyrefirm.com

UST: United States Trustee - TPA7 @ USTPRegion21.TP.ECF@USDOJ.GOV

Trustee:  Shari Streit Jansen at sharijansen@comcast.net

and by U.S. Mail on February 17, 2015 to:

Debtor: Joseph A. Roberts Sr. and Carol E. Roberts, 2240 Cross Tee Court, Brooksville, FL 34604

Creditor: Cerastes, LLC, Attn: Larry E. Johnson, c/o Weinstein, Pinson and Riley, PS, 2001 Western Ave., Ste. 400, Seattle, WA 98121

                                              SHARI STREIT JANSEN, P.A.
                                              P.O. Box 50667
                                              Sarasota, Fl   34232
                                              Telephone: (941) 378-3330
                                              Facsimile: (941) 378-3320
                                              sharijansen@comcast.net


By:     /s/ Shari S. Jansen
        Shari S. Jansen, Esq.
        Florida Bar Number 394599